IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| Nationwide Mutual Fire Insurance Co., as subrogee of Robert and Lynn Sharkey, One Nationwide Drive Columbus, OH 43215-2220, :<br><br>Plaintiff, :<br><br>v. :<br><br>Sears, Roebuck and Co. 3333 Beverly Road Hoffman Estates, IL 60179, :<br><br>Defendant. : | CIVIL ACTION NO. 1:07-CV-00153-JJF<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven L. Smith, Esquire to represent Nationwide Mutual Fire Insurance Co., as subrogee of Robert and Lynn Sharkey in this matter.

Signed: _____

Joanne A. Shallcross, Esquire
Delaware State Bar Identification #: 4306
LAW OFFICES OF JOANNE A. SHALLCROSS, INC.
702 King Street, Suite 600
Wilmington, DE 19801

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *Steven L. Smith*

Date: *March 26, 2007*

404 Harvard Avenue
Swarthmore, PA 19081