AO 440 (Rev. 1/90) Subpoena in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

NATIONWIDE MUTUAL FIRE INSURANCE CO.,
AS SUBROGEE OF ROBERT AND LYNN
SHARKEY, ONE NATIONWIDE DRIVE
COLUMBUS, OH 43215-2220

SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER: 07-153

SEARS, ROEBUCK & CO.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

TO: (Name and Address of Defendant)
Sears Roebuck & Company
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joanne A. Shallcross, Esquire
702 King Street, Suite 600
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO                              May 7, 2007

CLERK                                         DATE

BY DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  Monday, May 7, 2007 at 2:50 P.M. |
| NAME OF SERVER (PRINT)  Jeffrey L. Butler | TITLE  process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____
☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Scott LaScala, corporate legal operations manager of The Corporation Trust Company, at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 -- as registered agent for defendant corporation, Sears Roebuck & Company

**STATEMENT OF SERVICE FEES**

| TRAVEL  n/a | SERVICES  $35 | TOTAL  $35 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 7, 2007        *(signature)* Jeffrey L. Butler
            *Date*              *Signature of Server*
                                Legal Beagles, Inc.
                                P.O. Box 886
                                *Address of Server*
                                New Castle, Delaware 19720-0886
                                (302) 478-2693 - telephone

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure