IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE Co., as subrogee of Robert and Lynn Sharkey, | ) )  C. A. No. 1:07-CV-00153 JJF ) |
| Plaintiff, | ) ) |
| v. | ) Jury Demand ) |
| SEARS, ROEBUCK AND CO., a Massachusetts corporation, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Robert K. Beste, Jr., Esquire, Cohen Seglias Pallas Greenhall & Furman, P.C. on behalf of Defendant Sears, Roebuck and Co. The Entry of Appearance shall not be considered a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitation defenses which may be available.

COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

_____
Robert K. Beste, Jr., Esquire, Bar I.D. No. 154
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089

June 15, 2007

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, hereby certify that on this 15th day of June 2007, I caused a true and correct copy of the foregoing **Notice of Appearance** to be served upon the following individuals via CM/ECF:

>Joanne A. Shallcross, Esquire
>Law Offices of Joanne A. Shallcross, Inc.
>702 King Street, Suite 600
>Wilmington, DE 19801

_____
Robert K. Beste, Jr. (#154)