Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Nationwide Mutual Fire Insurance Co. )
as subrogee of Robert and Lynn )
Sharkey )   Civil Action No. 07-153
      v. )
Sears, Roebuck & Co.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frederick W. Bode, III to represent Sears, Roebuck & Co. in this matter.

Signed: _____

Robert K. Beste, Jr., Esquire  Bar ID 154

Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Suite 1130 Nemours Bldg.
Wilmington, DE 19801    302-425-5089
Attorney for: Sears, Roebuck & Co.

Date: June 15, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 6. 6. 07

Dickie, McCamey & Chilcote, P.C.

Two PPG Place, Suite 400

Pittsburgh, PA 15222

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, hereby certify that on this 15th day of June 2007, I caused a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice of Frederick W. Bode, III, Esquire** to be served upon the following individuals via CM/ECF:

>Joanne A. Shallcross, Esquire
>Law Offices of Joanne A. Shallcross, Inc.
>702 King Street, Suite 600
>Wilmington, DE19801

>/s/ Robert K. Beste, Jr.
>Robert K. Beste, Jr. (#154)