IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE CO., as subrogee of ROBERT SHARKEY and LYNN SHARKEY, | : : : : : |
| Plaintiff, | : : C. A. No. 1:07-CV-00153 JJF |
| v. | : : |
| SEARS, ROEBUCK AND CO., a Massachusetts corporation, | : : : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of William R. Adams, Esquire and Dickie, McCamey & Chilcote, P.C. with that of Robert K. Beste, Jr., Esquire and Cohen Seglias Pallas Greenhall & Furman, PC on behalf of Defendant Sears, Roebuck and Co. in the above-captioned matter.

DICKIE, McCAMEY & CHILCOTE, P.C.

_/s/ William R. Adams_
William R. Adams, Esq. (Bar I.D. No. 4972)
300 Delaware Avenue, Suite 1630
Wilmington, DE 19801
(302) 428-6133

DATED: ~~December~~ January 7, 200~~6~~8

COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC

_/s/ Robert K. Beste_
Robert K. Beste, Jr., Esquire (Bar I.D. No. 154)
1007 North Orange Street, Suite 1130
Wilmington, DE 19801
(302) 425-5089

DATED: ~~December~~ January 8, 200~~6~~8

03739-001/17