IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE CO., as Subrogee of ROBERT and LYNN SHARKEY,<br><br>Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK AND CO.<br><br>Defendant, | )<br>)<br>)<br>)<br>)  C.A. No.: 07-153 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

Gary W. Aber, Esquire hereby substitutes his appearance for Joanne A. Shallcross, Esquire in the above-captioned matter.

ABER, GOLDLUST, BAKER & OVER

_[signature]_

GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19801
302-472-4900
Attorney for Plaintiff

_[signature]_

JOANNE A. SHALLCROSS (DSB # 4306)
Joanne A. Shallcross, Inc.
702 King Street, Suite 600
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

The undersigned certifies that two copies of the attached pleading were hand delivered to the following counsel on March 11, 2008:

>Robert K. Beste, Jr., Esquire
>Nemours Building, suite 1130
>1007 N. Orange Street
>Wilmington, DE 19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire