IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NATIONWIDE MUTUAL FIRE** ) | |
| **INSURANCE CO., as Subrogee of** ) | |
| **ROBERT and LYNN SHARKEY,** ) | |
| ) | C.A. No.: 07-153 (JJF) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **SEARS ROEBUCK AND CO.** ) | |
| ) | |
| **Defendant,** ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, Plaintiff's First Set of Interrogatories Directed to Sears, Roebuck and Co. and Plaintiff's First Set of Requests for Production of Documents and Things Directed to Sears, Roebuck and Co. were hand delivered and sent via U.S. Mail to the following counsel on April 11, 2008:

    Robert K. Beste, Jr., Esquire
    Nemours Building, Suite 1130
    1007 N. Orange Street
    Wilmington, DE 19801

    Frederick W. Bode, III, Esquire
    Dickie, McCamey & Chilcote, P.C.
    Two PPG Place, Suite 400
    Pittsburgh, PA 15222

                                                  ABER, GOLDLUST, BAKER AND OVER

                                                  /s/ Gary W. Aber
                                        GARY W. ABER (DSB #754)
                                        702 King Street, Suite 600
                                        P.O. Box 1675
                                        Wilmington, DE  19801
                                        302-472-4900
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was hand delivered to the following counsel on April 11, 2008:

>Robert K. Beste, Jr., Esquire
>Nemours Building, Suite 1130
>1007 N. Orange Street
>Wilmington, DE 19801
>
>Frederick W. Bode, III, Esquire
>Dickie, McCamey & Chilcote, P.C.
>Two PPG Place, Suite 400
>Pittsburgh, PA 15222

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire