IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| Nationwide Mutual Fire Insurance Co., as subrogee of Robert and Lynn Sharkey, | : CIVIL ACTION NO.<br>: 1:07-CV-00153-JJF<br>: |
| Plaintiff, | : |
| v. | : |
| Sears, Roebuck and Co. | : |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

**O R D E R**

AND NOW, this \_\_9\_\_ day of \_\_May\_\_, 2008, upon consideration of Plaintiff's Unopposed Motion to Join Actual Manufacturer as Party Defendant,

IT IS HEREBY ORDERED that the said Motion is GRANTED, and plaintiff shall have ten (10) days from the date of this Order to file its Amended Complaint.

BY THE COURT:

_____
                                                    J.