IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONWIDE MUTUAL FIRE
INSURANCE CO., as subrogee of ROBERT
SHARKEY and LYNN SHARKEY,

      Plaintiffs,

      v.                          C.A. No. 1:07-CV-00153  JJF

SEARS, ROEBUCK AND CO., a
Massachusetts corporation,

      Defendant.

## NOTICE OF DEPOSITION

TO:    Steven L. Smith, Esquire
          Law Offices of Steven L. Smith, P.C.
          404 Harvard Avenue
          Swarthmore, PA  19081

**PLEASE TAKE NOTICE THAT** on Friday, June 6, 2008 at 1:00 p.m., Defendant, SEARS, ROEBUCK AND CO., by counsel, will take the depositions of Lynn Sharkey and Robert Sharkey at the offices of Dickie, McCamey & Chilcote, P.C., 300 Delaware Avenue, Suite 1630, Wilmington, DE 19801-1607 before an officer fully authorized by law to administer oaths.

If for any cause the deposition does commenced on the aforesaid date, the deposition will be adjourned from day to day and from time to time until the same shall be completed.  Said deposition is for the purpose of discovery and/or evidence, or both, at the trial of the above case.

You are invited to appear and take such part as deemed appropriate in accordance with the Rules of the United States District Court for the District of Delaware.

                                **DICKIE, MCCAMEY & CHILCOTE P.C**.

Respectfully submitted,

\_\_\_\_\_/s/ William R. Adams_____
William R. Adams, Esquire
(Bar I.D. 4972)
Dickie, McCamey & Chilcote, P.C.
300 Delaware Avenue, Suite 1630
Wilmington, DE 19801-1607
Ph. (302) 428-6133
Fax (302) 428-1330

And

Frederick W. Bode, III, Esquire
*Admitted Pro Hac Vice* (PA 33391)
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272

Attorneys for Defendant
Sears, Roebuck and Co.

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing NOTICE OF DEPOSITION has been served this 30th day of May, 2008, by facsimile and U.S. first-class mail, postage pre-paid, to counsel of record listed below:

Gary Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite # 600
P.O. Box 1675
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Steven L. Smith, Esquire
Law Offices of Steven L. Smith, P.C.
404 Harvard Avenue
Swarthmore, PA  19081
*Attorneys for Plaintiffs*

    /s/ William R. Adams
William R. Adams, Esquire(Bar I.D. 4972)
Dickie, McCamey & Chilcote, P.C.
300 Delaware Avenue, Suite 1630
Wilmington, DE  19801-1607
Ph.  (302) 428-6133
Fax  (302) 428-1330

And

Frederick W. Bode, III, Esquire
*Admitted Pro Hac Vice* (PA 33391)
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272

Attorneys for Defendant
Sears, Roebuck and Co.