IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| Nationwide Mutual Fire Insurance Co., as subrogee of Robert and Lynn Sharkey, : : : : Plaintiff, : : v. : : Sears, Roebuck and Co. : : Defendant. : | CIVIL ACTION NO. 1:07-CV-00153-JJF  JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION

**TO:** Frederick W. Bode III, Esq.
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

PLEASE TAKE NOTICE that on **Friday, June 6, 2008,** plaintiff Nationwide Mutual Fire Insurance Company, as subrogee of Robert and Lynn Sharkey, by counsel, will take the deposition of **Michael King** at the offices of **Dickie, McCamey & Chilcote, P.C., 300 Delaware Avenue, Suite 1630, Wilmington, Delaware  19801-1607**, before an officer fully authorized by law to administer oath.

If, for any cause, the deposition does not conclude on the aforesaid date, the deposition will be adjourned from day to day and from time to time until the same shall be completed.  Said

deposition is for the purpose for discovery and/or evidence, or both, at the trial of the above case. You are invited to appear and take such part as deemed appropriate in accordance with the Rules of United States District Court for the District of Delaware.

        ABER, GOLDUST, BAKER & OVER

        BY:     /s/ Gary W. Aber
            GARY W. ABER, ESQUIRE (DSB #754)
            702 King Street, Suite 600
            Wilmington, DE  19801
            (302) 472-4900
            Attorney for Plaintiff Nationwide

DATED: June 3, 2008