IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Nationwide Mutual Fire Insurance Co., as subrogee of Robert and Lynn Sharkey, One Nationwide Drive, Columbus, OH  43215-2220, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 07-153 |
| Sears, Roebuck and Co. 3333 Beverly Road Hoffman Estates, IL  60179, | : : : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of William R. Adams, Esquire of Dickie, McCamey & Chilcote, P.C. on behalf of Defendant, Husqvarna Outdoor Products Inc.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

BY:__/s/_William R. Adams_____
William R. Adams, Esquire
(Bar I.D. 4972)
Dickie, McCamey & Chilcote, P.C.
300 Delaware Avenue, Suite 1630
Wilmington, DE  19801-1607
Ph.  (302) 428-6133
Fax  (302) 428-1330

## CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of June, 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, HUSQVARNA OUTDOOR PRODUCTS INC. has been filed electronically and is available for viewing and downloading from the ECF system and was served via electronic notification upon the following:

Gary W. Aber, Esquire
*Attorneys for Plaintiffs*

Steven L. Smith, Esquire
Law Offices of Steven L. Smith, P.C.
404 Harvard Avenue
Swarthmore, PA  19081
*Attorneys for Plaintiffs*

DICKIE, McCAMEY & CHILCOTE, P.C.

BY: /s/ William R. Adams
William R. Adams, Esquire
(Bar I.D. 4972)
Dickie, McCamey & Chilcote, P.C.
300 Delaware Avenue, Suite 1630
Wilmington, DE  19801-1607
Ph.  (302) 428-6133
Fax  (302) 428-1330

June 3, 2008