IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NATIONWIDE MUTUAL FIRE** ) | |
| **INSURANCE CO., as Subrogee of** ) | |
| **ROBERT and LYNN SHARKEY,** ) | |
| ) | **C.A. No.: 07-153 (JJF)** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SEARS ROEBUCK AND CO.** ) | |
| ) | |
| **Defendant,** ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, Plaintiff's Second Set of Interrogatories Directed to Sears, Roebuck and Co. and Plaintiff's Second Set of Requests for Production of Documents and Things Directed to Sears, Roebuck and Co. were hand delivered and sent via U.S. Mail to the following counsel on June 27, 2008:

        Robert K. Beste, Jr., Esquire
        Nemours Building, Suite 1130
        1007 N. Orange Street
        Wilmington, DE  19801

        Frederick W. Bode, III, Esquire
        Dickie, McCamey & Chilcote, P.C.
        300 Delaware Avenue, Suite 1630
        Wilmington, DE  19801

ABER, GOLDLUST, BAKER AND OVER


   /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19801
302-472-4900
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was hand delivered to the following counsel on June 27, 2008:

> Robert K. Beste, Jr., Esquire
> Nemours Building, Suite 1130
> 1007 N. Orange Street
> Wilmington, DE 19801
>
> Frederick W. Bode, III, Esquire
> Dickie, McCamey & Chilcote, P.C.
> Two PPG Place, Suite 400
> Pittsburgh, PA 15222

                                                  /s/ Melissa A. Chionchio
                                                  Melissa A. Chionchio
                                                  Secretary to Gary W. Aber, Esquire