

**William R. Adams**  
Attorney-at-Law  
Admitted in DE, NJ, PA

Direct Dial: 302-428-6133  
Direct Fax: 302-428-1330  
wadams@dmclaw.com

July 23, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of
Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE  19801

      RE:    **Nationwide a/s/o Sharkey v. Sears**
              **Civil No.: 07-153-JJF**
              Our File No.: 52666-0304591

Dear Judge Farnan:

      Please allow this letter to advise your Honor that the parties in the above-captioned matter have agreed to settlement terms.  The appropriate documents are currently being exchanged between the parties and I expect that in the near future, the matter can be removed from the Court's docket.

      On behalf of all the parties, I wish to thank your Honor for your efforts to move this case forward to a mediation.  The impending mediation date was the impetus for the settlement agreement.  Because of the recent agreement between the parties, I respectfully request that the Mediation scheduled for Monday, July 28, 2008 be adjourned.

      Thank you for your courtesies in this regard.

                          Very truly yours,

                          /s/ William R. Adams

                          William R. Adams

WRA

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 302-428-6133  FAX: 302-428-1330
300 DELAWARE AVENUE, SUITE 1630 | WILMINGTON, DE 19801-1607 | WWW.DMCLAW.COM

Pittsburgh | Harrisburg | Philadelphia | Washington, D.C. | Delaware
New Jersey | North Carolina | Ohio | West Virginia