IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Nationwide Mutual Fire Insurance Company, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-153-JJF |
| | : | |
| Sears Roebuck & Co., | : | |
| | : | |
| Defendant. | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **24th** day of **July, 2008**:

IT IS ORDERED that the mediation conference scheduled for **July 28, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE